UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH J. RIMKUS**,       Plaintiff, <br><br> v. <br><br> **ISLAMIC REPUBLIC OF IRAN, et al.**       Defendants. | Case No. 1:06CV01116 (RCL) |

### LINE REQUESTING SERVICE PURSUANT TO 28 U.S.C. § 1608(a)(3)

The Clerk is kindly requested to mail a copy of the attached summonses, complaint, and notice of suit, together with the attached translations of each into Farsi, the official language of the Islamic Republic of Iran, by registered mail (return receipt requested) upon the following three (3) defendants:

1. ISLAMIC REPUBLIC OF IRAN
   Ministry of Foreign Affairs
   Khomeini Avenue
   United Nations Street
   Tehran, Iran

2. THE IRANIAN MINISTRY OF INFORMATION AND SECURITY
   Pasdaran Avenue
   Golestan Yekom
   Tehran, Iran

3. IRANIAN ISLAMIC REVOLUTIONARY
   GUARD CORPS a/k/a THE PASDARAN
   Pasdaran Avenue
   Golestan Yekom
   Tehran, Iran

2

Pursuant to the Clerk's instructions, this "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(3)" was electronically filed with the Court without attachments. In addition, this "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(3)" was physically filed with the Court with the aforementioned attachments.

                                              Respectfully submitted,

                                              _____*Peter C. Grenier /s/*_____
                                              Peter C. Grenier (D.C. Bar No. 418570)
                                              Bode & Grenier, LLP
                                              1150 Connecticut Avenue, N.W.
                                              Ninth Floor
                                              Washington, DC 20036
                                              Telephone: (202) 828-4100
                                              Facsimile:   (202) 828-4130
                                              Counsel for plaintiff

Dated: November 16, 2006