UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH J. RIMKUS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01116 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, et al. ) | |
| ) | |
| Defendants. ) | |

### STATUS MEMORANDUM REGARDING SERVICE

Pursuant to the Court's November 14, 2006 Order, Plaintiff states as follows:

After filing the Complaint, Plaintiff has taken steps to effect service pursuant to 28 U.S.C. § 1608. The relevant provisions require Plaintiff to attempt service in a four-step, hierarchical manner as set forth in 28 U.S.C. § 1608(a).

Plaintiff has determined that service cannot be effected pursuant to 28 U.S.C. § 1608(a)(1), because no special arrangement for service exists between Plaintiff and Defendants. Plaintiff has determined that service cannot be effected pursuant to 28 U.S.C. § 1608(a)(2), because Defendants are not parties to either the "Hague Convention on the Service Abroad of Judicial and Extra-judicial Documents in Civil and Commercial Matters" or the "Inter-American Convention on Letters Rogatory" – the two potentially "applicable international convention[s] on service of judicial documents." 28 U.S.C. § 1608(a)(2); s*ee also* Exhibit 1 and Exhibit 2.

On November 16, 2006, Plaintiff filed with the Clerk his "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(3)." *See* Exhibit 3.

Service pursuant to 28 U.S.C. § 1608(a)(3) requires Plaintiff to transmit to the Clerk "a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state." *Id*. Plaintiff's counsel retained Capital Reporting Company ("Capital") to translate the documents into Farsi, the official language of the Islamic Republic of Iran. Plaintiff's counsel received the final translation on October 19, 2006. *See* Exhibit 4. In response to earlier status inquiries by Plaintiff's counsel, Capital stated that, "[l]ast week, the translator's computer crashed & she was forced to start over from scratch. She also said that the document has been very difficult to translate, hence the delay." Exhibit 5. Capital stated on October 17, 2006 that the translator "is planning to work on it all night in order to have it in tomorrow." *Id*. Elizabeth King, Assistant Director of Operations for Capital, stated, "let me tell you how sorry I am about the delay in the receipt of this transcript. I know that it has caused a great inconvenience." *Id*. Plaintiff's "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(3)," including the complete translation, was filed with the Court on November 16, 2006.

    Respectfully submitted,

    _____*Peter C. Grenier /s/*_____
    Peter C. Grenier (D.C. Bar No. 418570)
    Bode & Grenier, LLP
    1150 Connecticut Avenue, N.W.
    Ninth Floor
    Washington, DC 20036
    Telephone: (202) 828-4100
    Facsimile:  (202) 828-4130
    Counsel for plaintiff

Dated: November 16, 2006