UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH J. RIMKUS | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 1:06CV01116 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) ) | |
| Defendants. | ) ) ) | |

## LINE REQUESTING SERVICE PURSUANT TO 28 U.S.C. § 1608(a)(3)

The Clerk is kindly requested to mail a copy of the attached summonses, complaint, and

notice of suit, together with the attached translations of each into Farsi, the official language of

the Islamic Republic of Iran, by registered mail (return receipt requested) upon the following

three (3) defendants:

1.   ISLAMIC REPUBLIC OF IRAN
         Ministry of Foreign Affairs
         Khomeini Avenue
         United Nations Street
         Tehran, Iran


2.   THE IRANIAN MINISTRY OF INFORMATION AND SECURITY
         Pasdaran Avenue
         Golestan Yekom
         Tehran, Iran


3.   IRANIAN ISLAMIC REVOLUTIONARY
     GUARD CORPS a/k/a THE PASDARAN
         Pasdaran Avenue
         Golestan Yekom
         Tehran, Iran

**Exhibit 3**

Pursuant to the Clerk's instructions, this "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(3)" was electronically filed with the Court without attachments.  In addition, this "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(3)" was physically filed with the Court with the aforementioned attachments.

Respectfully submitted,


_____*Peter C. Grenier /s/*_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
Telephone: (202) 828-4100
Facsimile:   (202) 828-4130
Counsel for plaintiff


Dated: November 16, 2006