## John Verdi

| | |
|---|---|
| **From:** | Rosemary Solorzano [rsolorzano@bode.com] |
| **Sent:** | Wednesday, November 15, 2006 10:58 AM |
| **To:** | 'John Verdi' |
| **Subject:** | FW: Farsi Document |
| **Attachments:** | Final Trans.doc; Translation.doc |

 

Final Trans.doc (86 KB)   Translation.doc (46 KB)

```
From: Elizabeth King (CRC) [mailto:EKing@capitalreportingcompany.com]
Sent: Thursday, October 19, 2006 3:46 PM
To: rsolorzano@bode.com
Subject: Farsi Document


Rosemary:


Attached please find the Farsi document.  The translator is proofing it one more time, but
I wanted to get this to you now.  Again, I am so very sorry about the delay.



Elizabeth King
Asst. Director of Operations
Capital Reporting Company
We Never Take Your Business For Granted!



www.CapitalReportingCompany.com



Washington, DC
1000 Connecticut Avenue, Suite 505
Washington, DC 20006
(202) 857.DEPO (3376)



Baltimore, MD
Harborplace Tower
111 South Calvert Street, Suite 2700
Baltimore, MD 21202
(410) 685.DEPO (3376)



Greenbelt, MD
6301 Ivy Lane, Suite 700
Greenbelt, MD 20770
(301) 345.DEPO (3376)
```

**Exhibit 4**

Tysons Corner, VA
8200 Greensboro Drive, Suite 900
McLean, VA 22102
(703) 684.DEPO (3376)


Alexandria, VA
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 684.DEPO (3376)

2