## John Verdi

| | |
|---|---|
| **From:** | Rosemary Solorzano [rsolorzano@bode.com] |
| **Sent:** | Tuesday, October 17, 2006 2:56 PM |
| **To:** | 'John Verdi' |
| **Subject:** | FW: Farsi Translation |

Here is an update on Farsi document.

---

From: Elizabeth King (CRC) [mailto:EKing@capitalreportingcompany.com]
Sent: Tuesday, October 17, 2006 12:26 PM
To: rsolorzano@bode.com
Subject: Farsi Translation


Dear Rosemary,

First, let me tell you how sorry I am about the delay in the receipt of this transcript. I know that it has caused a great inconvenience.

I have received an update from the translator, who is a sub-contractor. (We always sub-contract this work out, as we do not have translators on staff. We do not mark-up the cost at all and simply offer it as a convenience to our clients.) Last week, the translator's computer crashed & she was forced to start over from scratch. She also said that the document has been very difficult to translate, hence the delay. She is planning to work on it all night in order to have it in tomorrow. Again, I am very sorry about the delay.

I will continue to keep you updated.



Elizabeth King
Asst. Director of Operations
Capital Reporting Company
We Never Take Your Business For Granted!


www.CapitalReportingCompany.com


Washington, DC
1000 Connecticut Avenue, Suite 505
Washington, DC 20006
(202) 857.DEPO (3376)


Baltimore, MD
Harborplace Tower
111 South Calvert Street, Suite 2700

1

**Exhibit 5**

Baltimore, MD 21202
(410) 685.DEPO (3376)


Greenbelt, MD
6301 Ivy Lane, Suite 700
Greenbelt, MD 20770
(301) 345.DEPO (3376)


Tysons Corner, VA
8200 Greensboro Drive, Suite 900
McLean, VA 22102
(703) 684.DEPO (3376)


Alexandria, VA
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 684.DEPO (3376)