CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH J. RIMKUS
_____
Plaintiff(s)

vs.                                         Civil Action No.: __06-1116 (RCL)__

ISLAMIC REPUBLIC OF IRAN, et al.
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __18TH__ day of __December__, 20 __06__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

06-1116 (RCL)



**Receipt 1 (RB 843314944 US):**
FROM: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: THE IRANIAN MINISTRY OF INFORMATION AND SECURITY, PASDARAN AVENUE, GOLESTAN YEKOM, TEHRAN, IRAN

**Receipt 2 (RB 843314958 US):**
FROM: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS a/k/a THE PASDARAN, PASDARAN AVENUE, GOLESTAN YEKOM, TEHRAN, IRAN



**Receipt 3 (RB 843314935 US):**
FROM: U.S. DISTRICT COURT FOR D.C., 333 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20001
TO: ISLAMIC REPUBLIC OF IRAN, MINISTRY OF FOREIGN AFFAIRS, KHOMEINI AVE, UNITED NATIONS STREET, TEHRAN, IRAN

PS Form 3806, Receipt for Registered Mail, May 2004