UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH J. RIMKUS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01116 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, et al. ) | |
| ) | |
| Defendants. ) | |

**LINE REQUESTING SERVICE PURSUANT TO 28 U.S.C. § 1608(a)(4)**

On December 18, 2006, the Clerk mailed to the Defendants a copy of the summonses, complaint, and notice of suit in this matter, together with a translation of each into Farsi. These documents were mailed pursuant to 28 U.S.C. 1608(a)(3).

On March 13, 2007, the Clerk received notice that the mailing was refused by the Islamic Republic of Iran Ministry of Foreign Affairs. All methods of service under 28 U.S.C. 1608(a), with the exception of service under 28 U.S.C. 1608(a)(4), have been exhausted.

Therefore, the Clerk is kindly requested to transmit to the Office of Policy Review and Interagency Liaison: 1) the attached summonses, complaint, and notice of suit in this matter, as well as the attached copies of same; 2) the attached translations of each into Farsi, the official language of the Islamic Republic of Iran; and 3) the attached corporate check in the amount of $735.00 payable to "United States Embassy – Bern." If the documents are sent via U.S. Mail, please mail to:

      U.S. Department of State
      Overseas Citizens Services
      Office of Policy Review and Interagency Liaison
      Room 4817
      2201 C Street, NW
      Washington, DC 20520

Alternatively, if the documents are sent via Federal Express or other private service, please send to:

> U.S. Department of State
> Overseas Citizens Services
> Office of Policy Review and Interagency Liaison
> 2100 Pennsylvania Ave., NW
> Fourth Floor
> Washington, DC 20520

Pursuant to the Clerk's instructions, this "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(4)" was electronically filed with the Court without attachments. In addition, this "Line Requesting Service Pursuant to 28 U.S.C. § 1608(a)(4)" was physically filed with the Court with the aforementioned attachments.

Respectfully submitted,

_____*Peter C. Grenier /s/*_____
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
Telephone: (202) 828-4100
Facsimile:   (202) 828-4130
Counsel for plaintiff

Dated: April 2, 2007