Received
Mail Room

MAY 8 - 2007

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery  5-3-07<br><br>C. Signature  X _____    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>U.S. DEPARTMENT OF STATE<br>EDWARD BETANCOURT, DIRECTOR<br>OFFICE OF POLICY REVIEW AND<br>INTERAGENCY LIAISON<br>OVERSEAS CITIZENS SERVICES<br>2100 PENNSYLVANIA AVE, NW<br>4TH FLOOR<br>WASHINGTON, DC 20520 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☒ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br><br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)  7002 0860 0000 7774 0282 |  |

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

RECEIVED

MAY 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT