

**United States Department of State**

*Washington, D.C. 20520*

September 28, 2007

Ms. Nancy Mayer-Whittingham
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                Re: Joseph J. Rimkus, et al. v. Islamic Republic
                   of Iran, et al. Case No. 1:06CV01116 (RCL)

Dear Ms. Mayer-Whittingham:

    I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to 28 U.S.C. 1608(a)(4) upon defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security and the Iranian Revolutionary Guard Corps in the above mentioned lawsuit.

    Because the United States does not maintain diplomatic relations with the government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes numbers 1102-IE, 1103-IE and 1104-IE, each dated and delivered on July 30, 2007.

    While the Iranian Ministry of Foreign Affairs returned the service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effective as of the date of transmittal indicated in the certified copy of the diplomatic note. We see no reason that the return of these documents should invalidate the effectiveness of service under 28 U.S.C. 1608(a)(4).

Exhibit 1

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, enclosed are copies of each document served, along with certified copies of the diplomatic notes used to transmit them.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Cc: Peter C. Grenier
    Bode & Grenier
    1150 Connecticut Ave., NW
    Ninth Floor
    Washington, DC 20036

Exhibit 1