UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH J. RIMKUS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01116 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Entry of Judgment by Default, the memorandum in support thereof, and the entire record in this matter, this __ day of _____, 2007, the motion is GRANTED; and it is

ORDERED, that the Clerk of the Court enter judgment by default against Defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Islamic Revolutionary Guard Corps a/k/a the Pasdaran; and it is

FURTHER ORDERED, that the Clerk of the Court may have this Order translated into Farsi and have it transmitted to Defendants via appropriate diplomatic channels with the assistance of the Department of State.

_____
United States District Court Judge