UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH J. RIMKUS )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, et al. )<br>)<br>  Defendants. )<br>) | Case No. 1:06CV01116 (RCL) |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 3rd day of December, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendants the Islamic Republic of Iran, The Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corps a/k/a the Pasdaran, were properly served with the Complaint and all other required papers on July 30, 2007 pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

I further certify under penalty of perjury that no appearance has been entered by said defendants in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; and that the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

Respectfully submitted,

*/s/ Peter C. Grenier*

Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
Telephone: (202) 828-4100
Facsimile:  (202) 828-4130
Counsel for Plaintiff

___418570_____
Bar Id. Number