UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH J. RIMKUS,<br><br>Plaintiff<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,<br><br>and<br><br>IRANIAN ISLAMIC REVOLUTIONARY GUARD CORPS<br><br>Defendants. | Case No. 1:06CV01116 (RCL) |

## DEFAULT

It appearing that the above-named defendants have failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 30th day of July, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that the Islamic Republic of Iran, The Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corps, defendants herein, are in default.

Nancy M. Mayer-Whittington, Clerk

By_____
Deputy Clerk