Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH J. RIMKUS

    Plaintiff(s)

v.

Civil Action No. __06-1116 (RCL)__

ISLAMIC REPUBLIC OF IRAN, et al.

    Defendant(s)

RE: ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 30, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this _4th_ day of _December_, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
               Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH J. RIMKUS

    Plaintiff(s)

Civil Action No. 06-1116 (RCL)

v.

ISLAMIC REPUBLIC OF IRAN, et al.

    Defendant(s)

RE: IRANIAN MINISTRY OF INFORMATION AND SECURITY

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 30, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 4th day of December, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH J. RIMKUS
_____

      Plaintiff(s)

   V.

Civil Action No. **06-1116 (RCL)**

ISLAMIC REPUBLIC OF IRAN, et al.
_____

      Defendant(s)

RE:  IRANIAN ISLAMIC REVOLUTIONARY GUARDS CORPS.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on **July 30, 2007**, and an affidavit on behalf of the plaintiff having been filed, it is this **4th** day of **December**, **2007** declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
               Deputy Clerk