**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| | ) | |
| **JOSEPH J. RIMKUS** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:06CV01116 (RCL)** |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Plaintiff's (1) Motion to Supplement the Record and (2) Request for Expedited Review and the points and authorities cited in support thereof, and having determined that the same should be granted, it is hereby:

ORDERED, that the Motion is GRANTED.

And it is FURTHER ORDERED that the Clerk shall reflect the Affidavit of Mohsen Sazegara as admitted into the evidentiary record in this case as Trial Exhibit 64.

_____
Judge of the United States District Court

Entered this _____ day of _____, 2008

Persons to Be Served Upon Entry:

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036