UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF'S EXHIBIT 64

| | |
|---|---|
| JOseph J. RIMKUS  <br><br>Plaintiff  <br><br>v.  <br><br>ISLAMIC REPUBLIC OF IRAN, et al.  <br><br>Defendants. | Case No. 1:06CV01116 (RCL) |

## AFFIDAVIT OF MOHSEN SAZEGARA

Now comes Mohsen Sazegara, being duly sworn, and states that the following is of his personal knowledge and belief:

### Expert Qualifications

1. My name is Mohsen Sazegara, and I am over the age of eighteen and am competent to testify to the matters herein.

2. My opinions set forth below are based on my personal knowledge and experience, education, and research.

3. I have completed all the requirements for the Ph.D. program at the University of London, including having completed a doctoral thesis on religious intellectuals and the Islamic Revolution. I received a master's degree in history from Shahid Beheshti University in Tehran, Iran. I also have bachelor's degree from Shahid Beheshti University in Tehran, Iran.

4. During the Iranian Revolution, I served as a press aide to Ayatollah Ruhollah Khomeini, and was one of the founders of the Corps of the Guardians of the Islamic Revolution, which is also known as the Sepah-e Pasdaran or the Islamic Revolutionary Guard Corps.

5. During the planning and creation of the Revolutionary Guard, I served in the information and research unit. I resigned my post after the Revolutionary Guard's constitution was finalized in April 1979, and began working at National Iranian Radio and Television, where I became responsible for the management of radio operations.

6. During the 1980s, I held numerous positions in the government of Iran, including political deputy in the prime minister's office, deputy minister of heavy industries, chairman of the Industrial Development and Renovation Organization of Iran, and vice minister of planning and budget.

7. In 1989, I left the government to continue my study of history. I later served as publisher of several Iranian newspapers, including *Jamee*, *Toos*, *Aynee Weekly,* and *Golestan-e-Iran*. I also served as managing director of Iran's press cooperative company, whose membership includes more than 450 Iranian journal and newspaper publishers.

8. In 2001, I applied to become a candidate for the office of the president of Iran. My candidacy was, however, rejected by the Council of Guardians.

9. I was arrested in February 2003 by the Ministry of Intelligence for publishing an article on my website calling for a referendum on the Iranian constitution.

10. In June 2003, I was arrested again and imprisoned by the secret intelligence unit of the Revolutionary Guard. My arrest was the result of, among other things, propaganda against the regime. One example of the alleged propaganda was my having criticized Rahim Safavi—who was the commander of the Revolutionary Guard at that time—in a radio interview. I was eventually released after 114 days in prison, and left Iran for the United Kingdom to seek

medical treatment, as my health had greatly deteriorated during my imprisonment due to my 79-day hunger strike.

11. In March 2005, I left the United Kingdom and joined the Washington Institute for Near East Policy in Washington, D.C., where I worked as a visiting scholar until September 2005. While at the Washington Institute, I worked closely with Dr. Patrick Clawson and shared with him my personal knowledge of Iranian Politics, including the Revolutionary Guard.

12. Between October 2005 and June 2006, I was a visiting scholar at the Yale Law School, where I gave lectures on a variety of topics related to Iranian politics, government, and judicial power.

13. Between September 2006 and August 2007, I was a visiting research fellow at Harvard Law School in the International Legal Studies Program, where I focused on human rights in Iran.

14. I am currently the president of the Research Institute for Contemporary Iran (RICI).

15. I have published numerous articles the subjects of Iranian government, Iranian politics, and Iranian society.

### The Founding of the Revolutionary Guard

16. During the Fall and Winter of 1978, I was with Ayatollah Ruhollah Khomeini while he was in exile in Neauphle-le-Château, France. It was during that time we began discussing the concept of a "people's army" that would liberate Iran from the rule of Shah Mohammad Reza Pahlavi. Our models for this army were the Algerian, Cuban, and Viet Cong revolutionary forces.

17. On February 1, 1979, during the midst of the Iranian Revolution, I returned to Iran with Ayatollah Khomeini. Ten days later, on February 11, 1979, the Iranian army declared itself neutral, which effectively ended the rule of the provisional government that had been established after Mohammad Reza Pahlavi fled Iran in January 1979. At that point, Ayatollah Khomeini became the *de facto* leader of Iran.

18. Now that we were in power, the need for the people's army changed from an offensive revolutionary army to a defensive security force, and our models changed to the Swiss Armed Forces, the United States National Guard, and the Israeli Defense Forces. The entity that we ultimately created to serve as the people's army was the Revolutionary Guard.

19. Under our original plans, the Revolutionary Guard was to be a lightly armed militia that would be comprised of ordinary Iranian citizens—such as students, workers, farmers, and bureaucrats—and would have a completely separate and independent command structure from the formal Iranian armed forces.

20. The original purpose of the Revolutionary Guard was to insulate the country from military coups during times of peace, to fight along side the regular military in times of war, and to assist in recovery efforts or civil defense in times of natural disasters.

21. The Revolutionary Guard has since strayed from its original purpose, and today it is more like an organized crime syndicate than the national guard we originally created.

**The Evolution of the Revolutionary Guard**

22. The first major deviation from the Revolutionary Guard's original purpose occurred during the 1980-1988 Iran-Iraq War. The Revolutionary Guard's commanders used the war as a pretext for expanding the Revolutionary Guard's military capabilities, which grew to

-4-

include air, ground, and naval units. The Revolutionary Guard leadership also converted parts of the information and research unit—which we originally designed as an analysis and planning unit with, at most, residual capacity for military intelligence gathering—into an outright security organization. It was also during this time that the Revolutionary Guard created the Quds Force.

23. The second major deviation from the Revolutionary Guard's original purpose took place over the course of Akbar Hashemi Rafsanjani's eight year presidency, which began in 1989. In the years following the Iran-Iraq War, Rafsanjani made it a priority for all governmental agencies to increase their revenues. These revenue generating plans were incorporated into the Revolutionary Guard and the Ministry of Intelligence. As a result, the Revolutionary Guard and the Ministry of Intelligence entered into the world of business.

24. The Revolutionary Guard was able to jump-start its commercial activities by using its military and security forces to arrest and intimidate its economic rivals, and thereby establish commercial monopolies. I believe, based on, among other things, my communications with a member of the Revolutionary Guard, that the Revolutionary Guard also attempted to increase its easy profits by using its power of intimidation and force to operate a number of illegal activities, including drug and alcohol smuggling and prostitution.

25. Some reform efforts were made to extract Iran's intelligence community from the world of conventional economic activities after Mohammad Khatami assumed the presidency in 1997. Although these efforts were moderately successful with respect to the Ministry of Intelligence, no such reform efforts were ever made with respect to the Revolutionary Guard.

## The Revolutionary Guard's Contemporary Commercial Activities

26.     The Revolutionary Guard's commercial activities have only expanded since it entered the business world in the late 1980s and early 1990s. Today the Revolutionary Guard controls more than 100 different economic enterprises, and its commercial activities have ranged from importing household goods to running car manufacturing companies and assembly plants.

27.     Under the current presidency of Mahmoud Ahmadinejad, the Revolutionary Guard—through its construction and engineering firm Khatam al-Anbia and its subsidiaries—has obtained no-bid contracts worth more than $7 billion for the construction of oil and gas pipelines and several other projects. Some estimate that the Revolutionary Guard is involved in as many as 1500 construction projects in Iran.

28.     It is well known in Iran that the Revolutionary Guard continues to run smuggling operations, and was the prime force behind Iranian efforts to help Saddam Hussein and his family smuggle oil out of Iraq while that country was under United Nations trade sanctions. (At the same time, the Revolutionary Guard also had commercial ties to groups in Iraqi that were opposed to Saddam Hussein.) For example, it is common knowledge in Iran that the Revolutionary Guard operates a smuggling harbor on Gheshm Island in the Persian Gulf.

29.     Today, one of the Revolutionary Guard's goals is to generate revenue through its legal and illicit commercial operations.

I, Mohsen Sazegara, being duly sworn and competent to make this verification, affirm under penalty of perjury that the facts and information stated above are true and correct to the best of my personal knowledge and belief.

_____
Mohsen Sazegara

Subscribed and sworn before me in the District of Columbia, this 7th day of February, 2008.

_____
Notary Public

Patricia B. Martin
Notary Public, District of Columbia
My Commission Expires 3-31-2009

My Commission Expires: _____