UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH J. RIMKUS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06CV01116 (RCL) |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF PLAINTIFF'S TRIAL EXHIBIT 1A

Plaintiff, Joseph J. Rimkus, by counsel and pursuant to the Court's request, hereby submits for filing a transcript of the video *de bene esse* deposition of Plaintiff's expert witness, Dana Cable, Ph.D., that was previously filed with the Court in DVD format as Trial Exhibit 1. The transcript of Dr. Cable's deposition testimony is attached hereto as Trial Exhibit 1A.

Respectfully submitted,

/s/ Peter C. Grenier
Peter C. Grenier (D.C. Bar No. 418570)
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor
Washington, DC 20036
Telephone: (202) 828-4100
Facsimile: (202) 828-4130

*Counsel for Plaintiff*

Dated: August 5, 2008