1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
2

3    JOSEPH J. RIMKUS,                    :        ORIGINAL

4         Plaintiff,                      :

                                          :
5    v.                                   :        Case No.:
                                          :        1:06cv01116 (RCL)
6    THE ISLAMIC REPUBLIC OF IRAN,        :
     et al.,                              :

7                                         :

          Defendants.                     :
8

9        Videotaped Deposition of DANA CABLE, Ph.D.

10                 Frederick, Maryland

11           Tuesday, December 11, 2007

12                   10:10 a.m.

13
14

     Job No.:   1-118170
15

     Pages  1 - 33.
16

     Reported by:   Peggy L. Dingle

17
18
19
20
21
22

PLAINTIFF'S
EXHIBIT
1A



L.A.D.
REPORTING &
DIGITAL VIDEOGRAPHY

1100 Connecticut Avenue, NW  •  Suite 850, Washington, D.C. 20036
Tel: 202.861.3410  •  800.292.4789  •  Fax: 202.861.3425
Web: ladreporting.com  •  E-mail: lisa@ladreporting.com
Additional Offices: Rockville, MD  •  Baltimore, MD  •  Greenbelt, MD  •  McLean, VA

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

2

1          Videotaped deposition of DANA CABLE, Ph.D., held

2    at the offices of:

3

4          HOOD COLLEGE

5          401 Rosemont Avenue

6          Rosenstock Hall

7          Room 1

8          Frederick, Maryland    21701

9

10

11

12          Pursuant to agreement, before Peggy L. Dingle,

13    Notary Public of the State of Maryland

14

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

3

1       A P P E A R A N C E S

2   ON BEHALF OF PLAINTIFF:

3           PETER C. GRENIER, ESQUIRE

4           Bode & Grenier, LLP

5           1150 Connecticut Avenue, Northwest

6           Ninth Floor

7           Washington, D.C.   20036

8           (202)828-4100

9

10

11   ALSO PRESENT:   Terry Michael King, videographer

12

13

14

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

4

1                    C O N T E N T S

2    EXAMINATION OF DANA CABLE, Ph.D.                 PAGE

3        By Mr. Grenier                                 6

4

5

6

7                    E X H I B I T S

8            (Not Attached to the Transcript)

9    CABLE DEPOSITION EXHIBIT                         PAGE

10       1    Curriculum vitae                          5

11

12

13

14

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

5

1 P-R-O-C-E-E-D-I-N-G-S:

2 (Cable Deposition Exhibit 1 was marked for

3 identification and was not attached to the transcript.)

4 VIDEOGRAPHER:  Here begins videotape number one

5 in the deposition of Dr. Dana Cable in the matter of Joseph

6 J. Rimkus versus The Islamic Republic of Iran, et al., in

7 the U.S. District Court for the District of Columbia, case

8 number 1 colon 06cv01116 -- parens -- RCL -- closed parens.

9 Today's date is December the 11th, 2007.  The

10 time on the video monitor is 10:10 a.m.  The video operator

11 today is Terry Michael King of L.A.D. Reporting.  This video

12 deposition is taking place at Hood College, 401 Rosemont

13 Avenue, Frederick, Maryland.

14 Counsel, please voice identify yourself and state

15 who you represent.

16 MR. GRENIER:  Good morning.  On behalf of the

17 Plaintiff Joseph J. Rimkus, Peter C. Grenier of the law firm

18 of Bode and Grenier.

19 VIDEOGRAPHER:  The court reporter today is Peggy

20 Dingle of L.A.D. Reporting.  Would the reporter please swear

21 in the witness?

22 DANA CABLE, Ph.D.,

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

6

1    having been duly sworn, testified as follows:

2              VIDEOGRAPHER:  Please begin.

3              EXAMINATION BY COUNSEL FOR PLAINTIFF

4    BY MR. GRENIER:

5        Q    Good morning, Dr. Cable.  How are you?

6        A    Good morning.  Fine, thank you.

7        Q    Okay.  Could you please introduce yourself to the

8    Court telling the Court your name full name, your business

9    address and what it is that you do?

10       A    I am Dr. Dana Gerard Cable.  I am a clinical

11   psychologist and thanatologist.  My address is 8605

12   Pinecliff Drive, Frederick, Maryland 21704, which is both my

13   home and I have an office attached to the home.  I do two

14   things.  I teach at Hood College and I am in private

15   practice.

16       Q    What do you teach at Hood College?

17       A    Primarily courses on death, dying and

18   bereavement, also some courses in the field of aging,

19   gerontology.

20       Q    Can you describe for the Court what is

21   thanatology?

22       A    Thanatology is the name we give to the study of

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

7

1    death, dying and bereavement, everything from the dying

2    patient to issues related to grief.

3         Q    Dr. Cable, are you a licensed psychologist?

4         A    I am.

5         Q    And when were you licensed?

6         A    1974.

7         Q    Are you a certified grief therapist?

8         A    Yes, I am.

9         Q    Could you tell the Court briefly, starting with

10   your college education, your educational history?

11        A    Yes, I have a bachelor's degree in psychology

12   from West Virginia Wesleyan College, my master's and Ph.D.

13   from West Virginia University in life span developmental

14   psychology.

15        Q    What did you do after obtaining your Ph.D.?

16        A    My first job was Hood College where I have

17   continued ever since 1972.

18        Q    Have you also been in private practice while

19   teaching?

20        A    Yes, I have.

21        Q    And have you been in private practice the same

22   length of time that you have been working at Hood College?

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

8

1    A    I was licensed in 1974.  So two years later.

2    Q    So you have been in private practice about 33

3    years then?

4    A    Yes, correct.

5    Q    Do you ever lecture on issues of dying and grief?

6    A    Yes, I do.

7    Q    Could you describe for the Court generally your

8    courses that you teach at Hood College?

9    A    Probably one of the most significant ones, I

10   teach several sections during the year.  I have a course in

11   counseling and therapy for the bereaved.  I also teach

12   courses in the introduction of thanatology, cross culture

13   and perspectives in thanatology, some other seminars from

14   time to time and then a couple of gerontology courses.

15   Q    Do you also or does your teaching include

16   graduate level courses?

17   A    Yes, it does.

18   Q    We have premarked what's been marked as "Exhibit

19   Number 1".  Could you identify that, please, for the Court?

20   A    It is a copy of my current curriculum vitae.

21   Q    And is that up-to-date, to the best of your

22   knowledge?

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

9

1      A      Yes, it is.

2      Q      Does that curriculum vitae summarize your

3  professional accomplishments?

4      A      Yes, it does.

5      Q      Doctor, have you ever testified as an expert

6  concerning grief, the grieving process and the prognosis of

7  individual parties?

8      A      Yes, I have.

9      Q      Could you tell us about how many times you have

10  so testified?

11      A      Probably about 30 times.

12      Q      And were you certified as an expert in each of

13  those cases?

14      A      Yes, I was.

15      Q      Have you ever been qualified as an expert in this

16  Court, namely the United States District Court for the

17  District of Columbia?

18      A      Yes, I was.

19      Q      Do you know on how many occasions?

20      A      It was one time in February of -- of 2004 in a

21  case Campbell and Heiser versus Iran before Judge Robinson,

22  also a Cobar Tower bombing trial.

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

10

1    Q    So you have been qualified then as an expert in

2  cases involving terrorism or terror bombings?

3    A    Yes, I have.

4    Q    At this time I would ask the Court to recognize

5  and accept Dr. Cable as an expert in the areas of

6  thanatology, including grief and bereavement.

7        Dr. Cable, in connection with this particular

8  case have you reviewed any materials in preparing your

9  testimony or your opinions?

10   A    I reviewed photo albums that Joe Rimkus has,

11 family photo albums of he and his son.

12   Q    And just so we are clear, Joe Rimkus you are

13 referring to Joseph J. Rimkus, the father of Joseph E.

14 Rimkus who was killed?

15   A    E., correct.

16   Q    Okay.

17   A    Correct.

18   Q    And are these the types of things that you would

19 reasonably rely upon in your field?

20   A    Yes, between looking at materials like that and

21 then interviewing the individual.

22   Q    And, Doctor, just so we are clear, all of the

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

11

1   opinions that you will give today are they to a reasonable

2   degree of scientific certainty?

3       A    Yes, they are.

4       Q    Did you also interview Mr. Rimkus directly?

5       A    I did.

6       Q    In person?

7       A    In person, yes.

8       Q    Could you tell the Court when you did that, if

9   you know?

10      A    That was November 30th of this year.

11      Q    Why was it important for you to interview Mr.

12  Rimkus directly?

13      A    It -- you can get the material in -- in many

14  different ways, but watching how an individual reacts to

15  your questions, the emotions they show, the pauses they

16  demonstrate, in -- in Joe's case the tears and -- and -- and

17  such, you gain a lot more information from the observation

18  than just words.

19      Q    In addition to Mr. Rimkus himself, did you

20  interview anyone else regarding Mr. Rimkus's grief?

21      A    Yes, his current wife Janet.

22      Q    Did you also meet her in person?

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

12

1    A    Yes, I did.

2    Q    Did you interview both of them at the same time?

3    A    Yes.

4    Q    About how long would you say that you spent

5    talking to Mr. and/or Mrs. Rimkus?

6    A    Probably two-and-a-half to three hours.

7    Q    Could you describe for the Court in general what

8    you look for in such an interview in order to evaluate a

9    person's grief?

10    A    I am looking for, obviously, the information they

11    give me, but I am looking for their reactions to questions.

12    I am looking for the emotional kind of input, how are they

13    handling day-to-day events, how have they adjusted to the

14    losses that have occurred, how has it impacted other aspects

15    of the life.  All of those sorts of things.

16    Q    Doctor, I would like to take a step back and --

17    and just have a general discussion with you regarding the

18    grief process.  Could you describe what a person does when

19    grieving or what is the grief process and its stages?

20    A    There are a lot of different ways of looking at

21    it, different theories.  I tend to adhere to one that

22    involves basically seven stages in the grief process

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

13

1    starting with shock, which is that when you first get the

2    information about a death, more typical with sudden death,

3    obviously, than one you are prepared with or prepared for;

4    disorganization where you engage in behaviors that are out

5    of character, forgetting names, forgetting things you are

6    supposed to do, getting lost; volatile emotions that -- that

7    sort of run all over the place, one minute you are crying,

8    the next minute you are screaming and everything is in

9    extreme, pretty powerful emotions; guilt, in almost all

10   grief there is some sense of guilt over things I did or

11   things I should have done; loss and loneliness, which is the

12   most difficult stage where you are really feeling the

13   emptiness in your life, the changes all of this has brought,

14   the impact it's going to have on the rest of your life;

15   relief where you start to feel better, but at the same time

16   that you are feeling better you kind of feel guilty that you

17   are feeling better; and then, finally, reestablishment where

18   you feel I will make it, I will be able to go on in life

19   never forgetting, but I will still survive.

20        Q    And what does a person do when grieving?

21        A    Well, there are different tasks that you tend to

22   go through.  The first one is really just the -- confronting

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

14

1    the facts of what happened, admitting to the reality from

2    the time the police notify you or the military notifies you,

3    whoever, and getting used to that information.

4            Secondly is feeling the pain, the sense of

5    emptiness in your life, how much it hurts, what you are

6    missing.

7            Third is in a task of adjusting, how do I change

8    my life in a way that acknowledges this is missing, and

9    that's everything from changes I make in my home to changes

10   I make in life routines.

11           And then, lastly, it's what we refer to as

12   relocating the -- the deceased.  We -- we don't want to

13   forget the person, but we have to recognize they will never

14   be in our life the way they were before, so how do I put

15   them in a place that I carry their memory with me and it's

16   meaningful to me and yet I let go of what I can't have.

17       Q     Now, recognizing that the subject incident, the

18   underlying terrorist bombing, occurred about 11-and-a-half

19   years ago, can you tell the Court how long does the loss and

20   loneliness stage normally last?

21       A     Under typical circumstances you are probably

22   looking at one to two years, but there are so many factors

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

15

1     that affect the grief process that may in some instances

2     speed it up and in other instances cause it to last much

3     longer.

4        Q     What stage would you say that Mr. Rimkus is in

5     the grieving process as we speak?

6        A     He -- he is still very much in loss and

7     loneliness, very intensely in loss and loneliness.

8        Q     So that would be about six times the usual time

9     for loss and loneliness?

10       A     Correct.

11       Q     Can you tell us why would a person stay in the

12    loss and loneliness stage for so long?

13       A     It -- it relates to the kinds of factors that

14    affect grief, of which there are a number if I may kind of

15    relate some of them.  For example, the issue of pregrieving.

16    If I have an elderly aunt or grandmother who is 95 years

17    old, even if she is in good health I am pregrieving.  I

18    recognize she will probably die soon and so when it happens

19    my period of loss and loneliness I am more prepared for.

20        Suddenness of loss, where a death occurs

21    unexpectedly, we tend to have a much more difficult time

22    getting through that loss because we have not done anything

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

16

1    to prepare ourselves or get ourselves ready.

2              Strength of attachment.  Sometimes we have

3    connections to people that are okay but they are not

4    extremely strong.  Where the connection is a very, very

5    strong one, then obviously that sense of loss and loneliness

6    are going to stick with you much longer.

7              Issues related to potential of the deceased.  I

8    probably get through my loss and loneliness faster if an

9    elderly person dies or an older person.  With a young person

10   I keep thinking about all of the what ifs, what could have

11   been, what they will never experience now.  That affects it.

12             Unfinished business, feeling that there were

13   things we still planned or things I wanted to do or things

14   that needed to be said.  Any of that sort of thing may

15   lengthen it.

16             The way a person dies:  Violence, suicide,

17   murder, other violent deaths versus dying calmly in your

18   bed.

19             Terrorism, as in this case, because there are so

20   many kinds of issues that that raises.

21             The role the person played in your life.  Titles

22   don't always tell us something.  Just knowing this was your

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

17

1    spouse doesn't necessarily tell me the connection they had.

2         And secondary losses, other things that tend to

3    be lost to you because of this.  So each of those comes

4    into -- into play.

5         Q    Is the griever's health status something that you

6    consider?

7         A    Yes.  And particularly to compare how it started

8    versus how it changes.

9         Q    Dr. Cable, can you tell the Court what factors

10   seem most at play with Mr. Rimkus?

11        A    Several of them.  Certainly the death is

12   unexpected.  Suddenness of the loss.

13        Strength of the attachment.  Mr. Rimkus had three

14   children, but this was his first born.  This was the one he

15   was very close to, worked together, took classes together,

16   very involved together.  So that's certainly a factor.

17        The -- the issue of the potential.  This was a

18   young man who had a real future in front of him and his

19   father saw that future and, of course, that's all lost now.

20        Unfinished business because he and -- the father

21   and son had plans together here.  And so that's all gone.

22        Terrorism certainly is a factor in this one.

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

18

1  That produces some special kinds of loss.  So each of those

2  increase the grief experience here.

3      Q    Could you describe for the Court how grief and

4  bereavement in terrorist murder cases is different?

5      A    Yes, the difference is it -- it's in part like a

6  murder because it's the violent kind of death, but it's the

7  death of an innocent person.  The terrorist, if I am the

8  person who dies in a terrorist attack, it wasn't me they

9  were after; it was what I represent, my country or the

10 military or whatever.

11          In a murder it's difficult, but at least they

12 were after my money or they were trying to get me.

13 Terrorism has that sense of the person was in the wrong

14 place at the wrong time, that they had no or perhaps had no

15 foreknowledge they were going to die.  It wasn't even like

16 somebody was standing pointing a gun at them.  It was just

17 suddenly there was a bomb or an explosion or something.  So

18 that kind of nature.

19          And then with terrorism, particularly in the last

20 25 years, it's the media coverage.  You -- you never escape

21 it.  Even though the event has ended, it's in the media for

22 months, every year on the anniversary.  We are still seeing

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

19

1   each year 9/11 replayed, and for anybody who experienced a

2   death in -- in 9/11 the grief comes back.

3        Q    Doctor, what, if any, effect does it have when

4   the surviving griever was not present to witness the crime?

5        A    You -- you go through a lot of questions because

6   you wonder whether the person died instantly.  You wonder

7   if -- what their last thoughts were.  You wonder if they

8   suffered.  You wonder if they knew what was coming, if they

9   had any sense of forewarning.  So you are left with -- with

10  all of these unanswerable questions in your mind that you

11  will never be able to get an answer to, and you keep

12  creating scenarios and those scenarios keep changing.

13       Q    And I think you have testified on this -- this,

14  but how does media exposure have an impact on the grief

15  process?

16       A    It -- it keeps bringing it all back.  The media

17  portray sometimes the worst side of it.  And so whether you

18  pick up a magazine, a newspaper, turn on the TV, you are

19  just constantly being bombarded and not just by words but by

20  the images, pictures.  Whether you see the person or not,

21  you see the scene, you see the destruction.  And if you see

22  that destruction, you have these images of what your -- your

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

20

1    child must have looked like or the person who died.

2        Q     What effect, if any, does going to court have on

3    the grieving process?

4        A     It -- it's a twofold issue there.  Going to court

5    certainly makes it more difficult to finish your grieving

6    because you are constantly reliving it.  You are -- you are

7    testifying.  You are giving deposition.  You are talking to

8    somebody about what happened.  So it keeps it alive.

9              But by the same token, there is a sense of

10   justice.  I have to follow up for this person I love.  I

11   have to see justice done.  And so even though it's painful

12   for me to relive it, I wouldn't be doing what I could for my

13   son or my loved one if I didn't do this.

14       Q     Doctor, I would like to shift topics a bit and --

15   and speak specifically about Mr. Joseph J. Rimkus.

16       A     Uh-huh.

17       Q     And I would like to ask you some questions about

18   your examination of Mr. Rimkus.  From your meeting with Mr.

19   and Mrs. Rimkus, as well as your review of the materials

20   that you have discussed, what did you learn about the

21   deceased Joseph E. Rimkus?

22       A     Joseph E. was -- was 22 years old.  He was Joe

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

21

1    senior -- Joe J.'s oldest son.  And I get confused with the

2    names because the son was the tenth in line of each

3    generation, the oldest male being a Joe but never a junior.

4    They always had a different middle initial, but gets a

5    little confusing when you are talking about it.

6           He was in the Air Force like his father.  His

7    father was an Air Force career man and Joseph E. went in the

8    Air Force, too.  Been a Boy Scout, was a Catholic, very

9    self-confident young man, very proud -- excuse me -- proud

10   of what he was doing to be serving his country, very close

11   to his father.

12          He and his father had a very close bond and

13   Joseph E. chose to come and live with his father, which says

14   something about that bond, certainly.  They worked together

15   in construction.  So there was a special bond in that

16   regard.  They were taking classes together and had plans for

17   more classes in fly fishing and -- and such.

18       Q     Do you know how it came about that Joseph E.

19   Rimkus came to live with Joseph J. Rimkus?

20       A     When -- when Joseph J. was divorced he was still

21   in the military and he still had several years.  Joseph had

22   gone through a -- an attempt while in the military to always

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

22

1    get postings where his family could be with him, but he was

2    not able to near the end and -- and the marriage collapsed.

3    But as soon as Joseph got out of the military, his son

4    called and said I want to come live with you, and so he did.

5        Q    Do you know about what year that was?

6        A    I am not -- I think about '93, I believe.

7        Q    Okay.  Do you know how frequently Mr. Rimkus

8    spoke with his son while his son was in the Air Force?

9        A    They spoke virtually every week.  In fact, they

10   had spoken just a few days before the bombing happened.

11       Q    Do you know, based on your discussion with the

12   elder Mr. Rimkus, the subject matter of that discussion that

13   they had a couple of days before the bombing?

14       A    They had been talking about the fact that Joseph

15   E. was due to come home, would be home on leave very soon.

16       Q    Do you know whether he ever expressed any concern

17   about terrorism?

18       A    He did.  He talked about the fact that there was

19   an uneasiness and that he had concerns about possible

20   terrorist attacks.

21       Q    Did Mr. Rimkus tell you whether he ever had any

22   dreams after his son's death?

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

23

1     A     He did have dreams afterwards.  It -- it's --

2  it's -- but the dreams have been very specific.  They have

3  either been of the two of them working together, since they

4  did work construction, or remembering his son as a child.

5     Q     Could you describe for the Court Mr. Rimkus's

6  general demeanor during your interview with him?

7     A     He was very emotional.  He clearly had a need to

8  let out what is still a tremendous amount of pent-up grief

9  in there.  I think he was uneasy coming.  This is not -- not

10  an easy task to go through, but I had a very nice e-mail

11  from him afterwards saying that I had made a difficult task

12  easy and it had really been helpful to him.

13            But his demeanor, he wanted to tell his story.

14  Clearly, he showed in his words and in his expression how

15  much he cared about his son, how close they were, how much

16  he missed him.

17     Q     Did he discuss with you at all the manner in

18  which he learned about his son's death?

19     A     Yes, he -- there was some foul-up there.  Joseph

20  and his first wife were divorced.  So the -- the

21  notification got fouled up and the -- the -- the people who

22  were coming to notify first went to Joseph's mother's house.

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

24

1    Joseph heard it on the radio.  So that was a very difficult

2    kind of thing to be listening to the radio and learn about

3    the bombing and that your son was there.

4         Q     Doctor, could you give the Court your opinion on

5    how Mr. Rimkus was affected by his son's death?

6         A     He has been affected in virtually every way

7    possible.  It has totally altered his life.  From the

8    physical side it has changed his health status.  This was a

9    man in the pictures I looked at who was a slender, active

10   kind of man who clearly took care of himself.  He is now

11   very much overweight.  He has high blood pressure, does not

12   sleep well.

13         He emotionally is much less happy, and that I see

14   both from my observation in questions but also from talking

15   to Janet, his wife, that -- that he's changed in that

16   regard.  He doesn't have things to look forward to.  He just

17   sort of lives the day and that's it.  Whereas, before there

18   were plans, there were hopes for down the -- down the road

19   in the future that his son would be a part of.

20         Q     What types of plans with his son specifically?

21         A     Working together, going to school together.  They

22   had this -- this love of fly fishing, and L.L. Bean has

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

25

1    courses and they were planning to go and take those courses.

2        Q    Can you tell the -- the Judge what or how Joe's

3    death affected Mr. Rimkus's relationship with his current

4    wife Janet?

5        A    Clearly, his wife has been a big support for him,

6    but the reality is the relationship is not the way it was.

7    He tends to shut her out, as I think he shuts everybody out.

8    He's -- he's become emotionally reclusive, kind of keeping

9    things to himself.  He gets angry very easily over minor

10   kinds of things that never before would have bothered him

11   like that, very guarded in what he says, what he does, very

12   private in -- in being himself and so on.

13       And Janet tries to be supportive, and -- and even

14   things like pulling out the photo albums that she does

15   periodically that's upsetting to him, whereas her goal is

16   to -- to help matters.  So it's put a strain.  In reality,

17   she's been a very special person or she probably wouldn't be

18   there.

19       Q    Do you have an opinion or belief as to how Mr.

20   Rimkus is able to hold his life together?

21       A    I think he's got a -- a support system in -- in

22   certain ways:  Number one, Janet who really holds things

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

26

1    together for him; number two, his mother has been a very

2    strong bulwark for him.

3              And his faith.  He has a strong faith.  He knows

4    he and his son will be together one -- again one day.  That

5    doesn't take away the current pain, but it's at least a hope

6    for the future.  And I think it's -- it's those people and

7    that faith that pull him through on a day-to-day basis.

8         Q    Now, earlier you stated that you -- you opined

9    that Mr. Rimkus is in the loss and loneliness stage of

10   grief.  Do your observations and knowledge of Mr. Rimkus

11   support your statement above that he is in that stage?

12        A    Yes, yes.

13        Q    And what is your prognosis for Mr. Rimkus as we

14   sit here today on December 11th?

15        A    I think he still has a long road to go.  I -- I

16   spoke with him about getting some counseling.  I think he

17   would benefit from that, but it's not surprising that --

18   that the nature of this he's been rather reluctant.  And the

19   reality is, to deal with issues like this you have got to

20   have the right person who understands.  So he has indicated

21   he would be willing to do that and I am going to get him

22   some names and -- and provide to him of people in his home

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

27

1    area.

2              I would say he has at least another three to four

3    years of this real intense pain.  But in all honesty, I am

4    not sure he will ever get over it.

5              Now, one of the -- the difficulties that I

6    probably should have mentioned earlier, when your -- when an

7    adult dies, when --when your mother or your father dies, you

8    remember the person who was.  And when you think about them,

9    you think about I remember when.

10             When your child dies, you -- you constantly think

11   future.  And the truth is, 11 years later you are thinking

12   about what your son would be doing now and so the grief is

13   different.  And would this be the year he would be married

14   and I would be at a wedding or is this the year he would

15   have a child and I would be a grandfather.  And -- and so

16   those things are going to keep emerging for all the years

17   ahead.  This year my son might be doing this.  This year

18   this would be happening.  And so that's going to keep that

19   grief very much alive for a long, long time.

20        Q    And is that in some part because it's the

21   unnatural course of events for a child to predecease the

22   parent?

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

28

1       A       Exactly, exactly.  We don't expect to -- to bury

2  our children and we shouldn't.

3       Q       Doctor, just so we are clear, all of your

4  opinions today have they been to a reasonable degree of

5  certainty?

6       A       They have.

7               MR. GRENIER:  Thank you.  I have no more

8  questions.

9               THE WITNESS:  Thank you.

10              VIDEOGRAPHER:  Here marks the end of videotape

11  number one in the deposition of Dr. Dana Cable.  We are

12  going off the record.  The time is now 10:37 a.m.

13              (Signature having not been waived, the deposition

14  of DANA CABLE, Ph.D. was concluded at 10:37 a.m.)

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

29

1              ACKNOWLEDGMENT OF DEPONENT

2          I, DANA CABLE, Ph.D., do hereby acknowledge that I

3    have read and examined the foregoing testimony, and the same

4    is a true, correct and complete transcription of the

5    testimony given by me and any corrections appear on the

6    attached errata sheet signed by me.

7

8    _____        _____

9       (DATE)                      (SIGNATURE)

10

11

12

13

14

15

16

17

18

19

20

21

22

VIDEOTAPED DEPOSITION OF DANA CABLE, PH.D.
CONDUCTED ON TUESDAY, DECEMBER 11, 2007

30

1       CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2              I, PEGGY L. DINGLE, a Notary Public, the officer

3    before whom the foregoing proceedings were taken, do hereby

4    certify that foregoing transcript is a true and correct

5    record of the proceedings; that said proceedings were

6    recorded by me stenographically and thereafter reduced to

7    typewriting under my supervision; and that I am neither

8    counsel for, related to, nor employed by any of the parties

9    in the foregoing proceeding and caption named and have no

10   interest, financial or otherwise, in the outcome of the

11   cause named in said caption.

12              IN WITNESS WHEREOF, I have hereunto set my

13   hand and affixed my seal this 19th day of December 2007.

14

15

16   My commission expires:

17   August 1, 2010

18

19   _____

20   NOTARY PUBLIC IN AND FOR

21   THE STATE OF MARYLAND

22

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664