UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH J. RIMKUS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 06-1116 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER AND JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law issued this date, it is hereby

ORDERED that Default Judgment be, and hereby is, entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $5,000,000.00 in compensatory damages, and it is further

ORDERED, that plaintiff's claim against the IRGC for punitive damages be, and hereby is, DENIED; and it is further

ORDERED that plaintiff, at his own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendants; and it is further

ORDERED that the Clerk of this Court shall terminate this case from the active dockets of this Court.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 26, 2008.